PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, State Bar No. 213796
jeicher@lbaclaw.com
JONATHAN C. MAGNO, State Bar No. 306295
jmagno@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Ventura, Ventura County Sheriff's Office *(erroneously sued and served as the Ventura County Sheriff's Department)* and Deputy Danielle Delpit

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COSTA, Individually and as personal representative and administrator of the ESTATE OF DEVON THOMAS COSTA; ESTATE OF DEVON THOMAS COSTA and JANET COSTA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF VENTURA; THE VENTURA COUNTY SHERIFF'S DEPARTMENT; ~~SHERIFF GEOFF DEAN; ASSISTANT SHERIFF GARY PENTIS; former ASSISTANT SHERIFF JOHN CROMBACH,~~ SHERIFF DEPUTY DANIELLE DELPIT, AND SHERIFF DEPUTY DOE 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. CV 14-06955 R (Ex)<br><br>Honorable Manuel L. Real<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(A)(1)(a)(ii)]<br><br>*[Stipulation filed concurrently herewith]* |

//
//

1

Pursuant to the stipulation by and between Plaintiffs Michael Costa, Individually and as Personal Representative and Administrator of the Estate of Devon Costa, and Janet Costa (collectively "Plaintiffs") and Defendants COUNTY OF VENTURA, Ventura County Sheriff's Office, erroneously sued and served as Ventura County Sheriff's Department, and Deputy Sheriff Daniel Delpit (collectively "Defendants")[1], through their respective attorneys of record, IT IS HEREBY ORDERED that that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorney's fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: June 19, 2019

_____
Honorable Manuel L. Real
United States District Judge

---

[1] On July 9, 2018, the Parties filed a Federal Rules of Civil Procedure, Rule 41(a)(1) Stipulation and Proposed Order (entered by the Court on July 11, 2018, Docket No. 84) dismissing additionally named Defendants Sheriff Geoff Dean (Retired), Assistant Sheriff John Crombach (Retired), and Assistant Sheriff Gary Pentis (Retired), in both their official and individual capacities, with prejudice.